UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Melissa Wilcox,                                Civil File No. 11-cv-292 ADM/JSM

         Plaintiff,

vs.                                              **ORDER**

Nelson, Watson & Associates, LLC,
John Doe and Jane Doe,

         Defendants.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that the Complaint is dismissed with prejudice on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                     BY THE COURT


Dated: April 14, 2011              s/Ann D. Montgomery
                                         _____
                                         The Honorable Ann D. Montgomery
                                         Judge of United States District Court